Prob 12

**FILED**

2010 MAR 11 PH 3:05
U S DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**For The**
**WESTERN DISTRICT OF PENNSYLVANIA**

U.S.A. vs. Sean Wagner                                                                 Docket No. 04-00178-007

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Sean Wagner, who was placed on supervision by the Honorable Thomas M. Hardiman sitting in the Court at Pittsburgh, Pennsylvania, on the 5th day of August 2005, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall submit to at least one drug test within 15 days of being released on supervision and at least two periodic tests thereafter.
- Shall be placed on home detention for a period of three months, to commence immediately following his release from the drug treatment program. At the direction of the probation officer, the defendant shall wear an electronic monitoring device.
- Shall pay a special assessment of $100.
- Shall pay restitution, jointly and severally, in the amount of $10,336.97.
- Shall not possess a firearm, destructive device, or any other dangerous weapon.
- Shall provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

| | |
|---|---|
| 08-05-2005: | Conspiracy; 8 months' imprisonment with credit for time served, to be followed 3 years' supervised release. Following the term of imprisonment, shall participate in a drug treatment program for a period of 90 days, with at least the first 28 days consisting of inpatient drug treatment. |
| 12-09-2005: | Released to supervision.. |
| 01-26-2009: | Violation Hearing; Term of supervised release revoked, sentenced to 9 months custody of the Bureau of Prisons, with a 6-month term of supervised release to follow. |
| 10-19-2009: | Released to supervision; Currently supervised by U.S. Probation Officer Rosa Doherty. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the client has violated the following conditions of his supervised release:

**Shall pay restitution, jointly and severally, in the amount of $10,336.97.**

Your petitioner reports that since his violation hearing on January 26, 2009, Mr. Wagner has paid only $50 toward his restitution, leaving a balance of $7,912.57. Mr. Wagner has only been employed sporadically and he has been unable to make substantial payments toward his restitution.

U.S.A. vs. Sean Wagner
Docket No. 04-00178-007
Page 3

PRAYING THAT THE COURT WILL ORDER the term of supervised release imposed at Criminal No. 04-00178-007 be allowed to expire as scheduled with the restitution due and owing.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this __15__ day of __Mar__, 20 __10__ and ordered filed and made a part of the records in the above case. | Executed on March 10, 2010 |
| _____ U.S. District Judge | _____ Rosa A. Doherty U.S. Probation Officer |
| | _____ Mike DiBiasi Supervising U.S. Probation Officer |
| | Place: Pittsburgh, PA |